RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT ‾ 5 2022

KEVIN P. WEIMER, Clerk
By: _Kimberly Hobbs_ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### _____ DIVISION

Tamara Nolan
_____
(Print your full name)

               Plaintiff pro *se,*

   v.

LIDL US LLC.
_____

_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

             Defendant(s).

CIVIL ACTION FILE NO.

# 1:22-CV-4012

(to be assigned by Clerk)


## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.    This employment discrimination lawsuit is brought under (check only those
that apply):

     X       Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e
                seq, for employment discrimination on the basis of race, color,
                religion, sex, or national origin, or retaliation for exercising rights
                under this statute.

                **NOTE:** To sue under Title VII, you generally must have
                received a notice of right-to-sue letter from the Equal
                Employment Opportunity Commission ("EEOC").

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et eg, for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.    Print your full name and mailing address below:

    Name        Tamara Nolan

    Address     P.O. Box 395

                Morrow, Georgia 30260

4.  Defendant(s).    Print below the name and address of each defendant listed
                     on page 1 of this form:

    Name        LIDL US LLC.

    Address     3500 S Clark Street
                Arlington, VA 22202


    Name

    Address


    Name

    Address


## Location and Time

5.  If the alleged discriminatory conduct occurred at a location <u>different</u> from the
    address provided for defendant(s), state where that discrimination occurred:

    3821 Stone Mountain Hwy, Snellville, Ga 30039/4844 Floyd Rd Mableton, GA 30126

6. When did the alleged discrimination occur? (State date or time period)

July-September 2021

_____

_____

_____

_____

## **Administrative Procedures**

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?     X     Yes            _____No

If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

  X     Yes            _____No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:

August 22, 2022

9. If you are suing for **age discrimination,** check one of the following:

_____  60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____  Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____Yes          _____No          __X___Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____


11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____Yes          _____No          __X___Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## **Nature of the Case**

12. The conduct complained about in this lawsuit involves (check only those that apply):

           _____ failure to hire me
           _____ failure to promote me
           _____ demotion
           _____ reduction in my wages
           _X_ working under terms and conditions of employment that differed from similarly situated employees
           _____ harassment
           _X_ retaliation
           _X_ termination of my employment
           _____ failure to accommodate my disability
           _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

           _X_ my race or color, which is _Black_____
           _X_ my religion, which is _Baptist_____
           _____ my sex (gender), which is     \_\_\_\_male    \_\_\_\_female
           _____ my national origin, which is _____
           _____ my age (my date of birth is _____)
           _____ my disability or perceived disability, which is:

           _____

           _X_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

           _____ other (please specify) _____

           _____

14. Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I was hired as a Store Manager Trainee with LIDL on Monday, July 12, 2021. I initially trained at the Snellville, Ga location.

I complained on a store manager name Ronnie Hammet on Friday, July 16, 2021, due to being belittled by him after inquiring about certain areas concerning the store, as I were a new manager in training.

Ronnie stated that he would not communicate much with me and added that he did not want me to think I was high etc. while raising his hands in layers in an upward pattern.
I reported what occurred to a district manager named Kathleen and to the onboarding recruiter Andrew Etheridge who were my point of contact; they both claimed the store manager had been addressed.

Days later, the store manager, Ronnie, retaliated and lied on me claiming I did not call a line manager in advance to speak with him and that I had changed my schedule.

However, my phone call log proved I called the store. Ronnie was okay with me arriving at 7:00 a.m. after dropping off one of my children to school in lieu of arriving at 4:00 a.m. as scheduled with no timely notice during our first week of work. I spoke with recruiter Andrew as he called for clarity, even sent him a screenshot proving I made contact. I thought the matter was resolved.

The store manager also added in his complaint that he did not see me fit to be a manager. He also added that I was disengaging store associates which were untrue statements, nor did he have a conversation with me about the matter.

I was only consistent with the management team and point of contact in which I was encouraged to share my concerns with and feedback relevant to my training. The onboarding recruiter Andrew and trainers were the first to warn trainees about the challenges and poor leadership the company had. On July 20, 2021 I reached out to the onboarding recruiter Andrew via text message to inform him that I was left on the floor alone to do a large pallet on the floor by a manager that worked alongside Ronnie, stating she was going on break as soon as I arrived which I were convinced were intentional following my complaint, immediately noticing an electric pallet was being used to hold the merchandise, even after being told by leaders per policy that electric pallets were not to be used during business hours while guests were on the floor. I was instructed to let Ronnie know and remind him of the policy and to follow the correct procedures. I immediately got the correct pallet to use to do my job. (See additional sheets attached)

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff   _____    still works for defendant(s)
           X      no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   \_\_\_\_\_Yes     \_\_\_\_\_No

      If you checked "Yes," please explain:  <u>N/A</u>

      _____

      _____

      _____

      _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   \_\_\_\_\_Yes  <u>X</u>  No

### **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief(check any that apply):

X   \_\_\_\_\_Defendant(s) be directed to <u>pay back pay for loss wages, emotional distress, and punitive damages</u>

      _____

<u>X</u>     Money damages (list amounts) <u>Loss wages $42, 310.4 (11 months) other damages $100,000</u>

      _____

<u>X</u>     Costs and fees involved in litigating this case

<u>X</u>     Such other relief as may be appropriate

## **PLEASE READ BEFORE SIGNING TRIS COMPLAINT**

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 5th _____ day of October _____, 20 22 _____

_____

(Signature of plaintiff pro *se)*

Tamara Nolan

(Printed name of plaintiff pro *se)*

P.O. Box 395

(street address)

Morrow, Georgia 30260

(City, State, and zip code)

teesenee84@gmail.com

(email address)

(678)852-9408

(telephone number)

On July 24, 2021, I sent a follow-up text message to onboarding recruiter Andrew that my neck and back still had pain from improper lifting as we did not receive hands-on training prior, and I demanded proper training. The Company job description for an Assistant Store Manager, however, does not align with what the Company advertises for potential employees on websites such as Indeed. The description was not detailed, nor did it include required education, travel requirements, physical job requirements, among other things (see attached).

On July 27, 2021, while on my shift, I received a text message from recruiter Andrew to go to headquarters as alleged they wanted me to share my "training concerns". I was manipulated and received a "performance" write-up at the headquarters office by Gabriel without any verbal warning or coaching to allow me to defend the allegations against me concerning store manager Ronnie Hammett. I felt humiliated and cried during that meeting and had just started with the company and was the only African American and woman in that meeting. I was moved to a different store location to start the following day after receiving a phone call the same day at roughly 7:00 p.m. from recruiter Andrew that I would be at the Mableton store. I made a complaint to the HR subsequently following that phone call and was informed on August 10, 2021, that my case was closed; no one contacted me to address my concerns.

From the vibe and energy received at the new location in Mableton, GA, I was convinced that I had been talked about by management before my arrival. On my off-day August 10, 2021, I contacted the store manager Myechia Stevens regarding my schedule thinking I was to get off at 5:00 p.m. on August 11, 2021. I informed her I needed to leave at 3:00 p.m. The store manager never acknowledged nor responded to my text, a simple communication/clarification would have helped me know that I was already scheduled at 7:00 a.m. and to get off at 3:00 p.m. and that no change would have been necessary. I was not in her store system yet and my schedule was inconsistent with our training plan which caused discrepancies. I continued to inquire about my schedule and being in the system (see attached).

I also was unable to view my schedule via Dayforce that the company uses to review scheduling, request off etc.; it was no schedule for the current week for me to review due to me not being in the new store system yet (see attached). I arrived at 8:50 a.m. thinking I had to be at work at 9:00 a.m. as the subsequent days for training. I learned my shift started at 7:00 a.m.-3:00 p.m. after my arrival.

I briefly spoke with a district manager Josh who was present and approached me and wanted feedback in which I was candid with providing, and respectfully. I added that the schedule mix up and lack of communication was a concern for me due to the store manager Myechia Stevens not responding to my text message concerning that current day. Josh stated he would get with Myechia. I had already been singled out by upper management who were Caucasian, Josh presence and his conversation did not happen by accident.

Minutes before my shift ended, the store manager came to the floor to inform me it was 3:00 p.m. (end of my shift), she waited until I got to the back to say she wanted to see me. While in the office with her and an assisted store manager, I received a write-up about arriving two hours

1

late. She stated she was told it was my "final" write-up. After inquiring, I was told from my previous meeting that the first document was considered a "performance review" although it is included on my "Disciplinary Action Form". It appeared all company protocols had been skipped. In the write-up, it stated I needed to check Dayforce as well as the posted schedule. I sent a text message to Andrew inquiring about being added to Dayforce and a separate text message showing that no schedule was posted for 3-weeks as every store should be per policy (see attached). Among other times, the same week of August 9, 2021, my schedule was changed without my knowledge (see attached). The company did not follow its own polices and did not like it when questioned. If the first document while at the headquarters was only a performance review, then the write-up from Myechia would have been my first write-up.

The more I provided feedback about the training or the company policies I was retaliated against. That was my second write-up in a two-week period, and threatening termination of my employment.

I asked for a copy of the write-up and the store manager Myechia allowed the papers to sit face up in the cash room while two other employees were present, which violated my confidentiality. She tore the first printed documents and threw in the trash in lieu of shredding them, as any employee could open it and read it.

The documents I received were of poor quality and had a line through the first sheet and appeared dark. I filed another complaint with HR regarding my write-up as a form of retaliation as it was difficult to differentiate if the district manager Josh encouraged the write-up.

I originally contacted the EEOC on or around August 11, 2021, to file my discrimination complaint. This included the repeated retaliation I endured as well as after learning a Caucasian male store management trainee shared how he never been written up before at his training store, although admitting to wrong doings such as walking out during one of our training workshops that I witnessed, and not returning and did not notify management. He also admitted to being insubordinate to another manager with no consequence. I spoke with employee relations manager Maurice Fox over the phone between August 11th and 14th of 2021 while on one of my breaks and shared with him my contact to the EEOC. I strongly believe Maurice discussed it with upper management subsequently.

On Saturday, August 21, 2021, I was assigned to be the assistant store manager for the day and was not left with a key to the safe nor proper instructions to run the shift and I believe it was intentional. I walked into the store with no work done from the previous night shift and sent pictures to the employee relations manager, Maurice Fox, who then instructed me to contact district manager Josh, providing me with his phone number. Josh inquired who was texting him (703) area code (see attached) and I acknowledged. Josh called me within the hour on the store phone and appeared angry as he spoke with me. He did not like that I exposed the closing store manager and his lack thereof regarding his shift, whose name was Daniel, a Caucasian male, along with himself, Caucasian. Josh was also the individual that terminated me at the start of my shift on Sunday, September 5, 2021. (Phone recording as evidence)

On August 28, 2021, I put in a request to start being off on Sundays for church due to my religion as a Baptist and for it to become effective Sunday, September 19, 2021, as my church was fully opening following the pandemic. Someone in leadership deleted my request and I had

2

to submit a second request on August 30, 2021 (see attached). I am confident the Company additionally discriminated against me due to me being specific in my request about my religion. This also occurred just days before I was terminated.

At the start of my shift on Sunday, September 5, 2021, shortly after clocking in, district manager Josh was sitting in the office with another individual name Jared from the leadership team. Josh called me into the office only to tell me that I was terminated immediately while giving me another write-up in which I refused to sign nor agreed with. Josh stated per the write-up that I exhibited unprincipled behaviors that negatively impacted the culture of the store causing discomfort with my peers. He added that on September 1, 2021, during a training workshop session that I used profanity (b*tch) and made a statement "knuck if you buck" that provokes violence etc. Days prior to my termination, around September 2, 2021, Maurice Fox inquired to me in "general" if anyone had used profanity at the workshop etc., along with myself, another manager trainee replied "No". I asked Maurice for his reason for asking and he sugarcoated stating that "he was just asking" without being transparent.

The termination write-up states that I caused unnecessary tension and disruptions in the workshops and that it violated the company conduct policy, adding that I exhibited behaviors of disengagement, gossiping and engaging in conversation unrelated to LIDL training plan, stating that it violated the company professional conduct policy. Lastly, added that I made a comment that a male peer "wants to be a woman but should act like a man" and that it violated the company Harassment and Discrimination policy, and that I created a hostile work environment. I have yet to see evidence of such claims.
Although I never heard of these allegations until my termination and their planned decision leading to, I only reached out to management/recruiter with my concerns in the workplace as instructed since hired. I reached out to HR to file a complaint on September 7, 2021 in that regard.

At what point did the workplace become hostile, before or after Maurice Fox was made aware that I contacted the EEOC or after the company saw my opposition the company practiced violating the federal anti-discrimination laws?

I received my separation notice the week of September 14, 2021. It states "Dismissal" as my reason for separation, no details of allegations. If LIDL strongly believed I violated the company policy in several aspects, why would the company send me a termination appeal email October 13, 2021, sent by Christina Hadley inquiring for me to appeal my termination?

*All relevant documents are attached

Tamara Nolan

P. O. Box 395

Morrow, Georgia 30260

3

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | IC1350 |
| | [X] EEOC | 11B-2021-00140 |

| **Georgia Commission On Equal Opportunity** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Tamara Nolan** | | **04/04/1984** |

| Street Address | City, State and ZIP Code |
|---|---|
| **6726 Tara Blvd. Apt 10a, Jonesboro, GA 30236** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **LIDL** | **500 or More** | **(877) 630-5435** |

| Street Address | City, State and ZIP Code |
|---|---|
| **4484 Floyd Road SW, Mableton, GA 30126** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-16-2021**  Latest **09-05-2021**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the above-named employer on June 12, 2021. My last position held was Manager Trainee. On July 16, 2021, I initiated a complaint to upper management regarding belittling treatment directed at me by my store manager, Ronnie Hammett. Management spoke to Mr. Hammett regarding my concerns. On July 27, 2021, and August 11, 2021, I received written reprimands from Mr. Hammett for leaving the job site without clearance, despite having permission for both my absences. Further, another Caucasian Manager Trainee did the same and was not reprimanded, but disciplinary actions stayed on my record and/or was not corrected.

II. On or around September 5, 2021, I once again received a third and final written reprimand and was subsequently terminated.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 11/10/2021 Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| ## CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | IC1350<br>11B-2021-00140 |

| **Georgia Commission On Equal Opportunity** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

III. I believe that I have been subjected to discrimination based on my race (African American) and retaliated against for opposing unlawful employment practices in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/10/2021<br>Date      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/22/2022

**To:** Tamara Nolan
6726 Tara Blvd. Apt 10a
Jonesboro, GA 30236
Charge No: 11B-2021-00140

EEOC Representative and email:  Nicole Diggs
Senior Federal Investigator
nicole.diggs@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 11B-2021-00140.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
08/22/2022

Darrell Graham
District Director







## Assistant Store Manager - Atlanta, GA (Multiple Locations Hiring)

**APPLY NOW**

## Summary

Assistant Store Managers fulfill an important role within our business by supporting the Store Manager in developing and holding their store team accountable as they provide our customers with the shopping experience that Lidl is famed for in 30 countries. Our most successful Assistant Store Managers take ownership of their store's performance as if it were their own business, willing to put in the physical work required to get the job done. They exhibit a proactive leadership style, meeting both operational and personnel-related challenges head-on. They can pivot smoothly between tasks and projects and multi-task efficiently. They have an eye for potential, evaluating training needs accurately and prioritizing employee development. Most of all, they are passionate about our core business – providing our customers with high-quality, low-price, and hassle-free shopping.

## What You'll Do

**APPLY NOW**  

   
for all customer needs

- Monitor and drive continuous improvement of store Key Performance Indicators (KPIs)
- Lead essential team projects, such as weekly promotional sets and routine re-merchandising
- Provide hands-on support for any and all other operational tasks, including cash management, working stock, cleaning, and other essential store functions
- Ensure a safe, positive, and productive working environment for all store employees based on company and legal policies and procedures

## What You'll Need

- Determination to complete every to-do list on time, hit your store targets, and maximize productivity
- Experience in leading and developing a team in a fast-paced environment
- Excellent customer service skills, including the patience and ability to de-escalate tense situations
- Readiness to participate in the physical operations of the store, including stocking, cleaning, and ringing, on a daily basis
- Must be 21 years of age or older
- The ability to obtain and maintain ServSafe certification

## What You'll Receive

At Lidl, we know that in order for our people to do their best, they must be at their best. That's why as a company, we offer one of the most generous benefits packages in the industry.

All our Lidl employees are eligible to receive the following benefits:

- Medical & Prescription | Dental | Vision coverage

   

- Voluntary Term Life & AD&D Insurance
- Total Well-Being Program
- Incentive Programs like Employee Referral bonuses

In addition to the great benefits above, our Full-Time employees receive these additional benefits: Group Term Life & AD&D Insurance, Short & Long-Term Disability Insurance, Voluntary Critical Illness and/or Accident Insurance, Parental Leave – 100% pay for birth mothers and non-birth parents, Additional Paid Time-Off & Sick Time.

**Location**
Store
4844 Floyd Road SW
Mableton, GA 30126-1324

**Employment Type**
Full-Time

**Experience Level**
Management

**Salary**
$24.04 per hour Plus Benefits

**Reference number**
72287



## SMT Tamara Nolan - Schedule
1 message

Kenneth Jones <Kenneth.Jones@lidl.us>
To: teesenee84@gmail.com <teesenee84@gmail.com>

Good Morning Tamara,

Please find included this schedule for the next few weeks.

We can discuss your questions if you have any.

| DATE | 12-Jul | | 13-Jul | | 14-Jul | | 15-Jul | | 16-Jul | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | |
| Team Member | Tamara Nolan | | | | | | | | | | |
| Time | 7:45AM | 3:00pm | 7:45AM | 5:00pm | 8:00am | 4:00pm | 9:00AM | 11:30AM | 4:00AM | 12:00pm | |
| Hours | | | | | | | | | | | |
| Task | Onboarding Day 1 | | Onboarding Day 2 | | SFL | | Meeting W/ Lee | | Working Stock | | |
| Location | 1457 | | 1457 | | 1262 | | 1457 | | 1262 | | |

| DATE | 19-Jul | | 20-Jul | | 21-Jul | | 22-Jul | | 23-Jul | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | |
| Team Member | Tamara Nolan | | | | | | | | | | |
| Time | 4:00AM | 12:00PM | 4:00AM | 12:00PM | 11:00AM | 7:00pm | 9:00AM | 1:00pm | | | 7:0C |
| Hours | | | | | | | | | | | |
| Task | Working Stock | | Working Stock | | Checkout WS | | Meeting W/Lee | | OFF | | |
| Location | 1262 | | 1262 | | 1457 | | 1262 | | | | |

| DATE | 26-Jul | | 27-Jul | | 28-Jul | | 29-Jul | | 30-Jul | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | |
| Team Member | Tamara Nolan | | | | | | | | | | |
| Time | 6:00AM | 2:00PM | 6:00AM | 2:00PM | 12:00PM | 8:00PM | 9:00AM | 1:00pm | 7:45AM | 3:00PM | |
| Hours | | | | | | | | | | | |
| Task | FRP | | BRP | | PRP | | Meeting W/Lee | | ASSESSMENT | | |
| Location | 1262 | | 1262 | | 1262 | | 1457 | | 1457 | | |

Thank You and Take Care,

# Introductory Training Plan



**Employee Information**

| | | | |
|---|---|---|---|
| Employee Name | | Line Manager Name | | Mentor Name | Andrew Etheridge |
| Start Date | 07.12.2021 | Line Manager Email | | Mentor Email | andrew.etheridge@lidl.us |
| Title | Store Management Trainee | Line Manager Phone No. | | Mentor Phone No. | (703) 835-3928 |
| Department | Sales Operations | | | | |

## Feet on the Ground / Other RDC or Store Trainings

*\* Feet on the Ground is a mandatory in-store training for all new employees to familiarize them with the core of our business.*
*\* Please select 2 options for dates and stores. Due to current health concerns surrounding COVID-19, FOTG trainings do not need to take place within an 8 week period and may be scheduled a few months out.*
*\*For any other regional training needs such as enhanced store training or RDC time that is not covered in Feet on the Ground, please reach out to the Talent Management team for assistance.*

| FOTG Training Type | Preferred Date | Store Preference | Responsible Department/Contact Person |
|---|---|---|---|
| Choose type of plan | | 1st Choice | Talent Management / Amanda Davis |
| | | 2nd Choice | |

## Week 1-4 Training

| Date | Location | Room | Time | Responsible Department/Contact Person | Description | Notes/Details |
|---|---|---|---|---|---|---|
| 07.12.2021 | 1457 | Training Academy | 8:00 AM - 2:00PM | Andrew Etheridge | Onboarding Day 1 | SA Phase: 4 weeks<br>Onboarding Day 1 & 2 (week 1)<br>In-store Training (weeks 1-3)<br>Final Assessment (week 3 on Friday)<br>SM Feedback Conversation (week 4) |
| 07.13.2021 | 1457 | Training Academy | 8:00 AM - 2:00PM | Andrew Etheridge | Onboarding Day 2 | |
| 07.15.2021 | 1457 | Training Academy | 9:00AM - 11:00AM | Andrew Etheridge / Jeffrey Hudson | Expectations / Growing with Lidl | |
| 07.21.2021 | 1457 | Training Academy | 8:00 AM - 2:00PM | Andrew Etheridge | Checkout Workshop | Customer Service<br>Checkout Efficiency<br>MyLidl<br>Inventory (i.e. PLUs)<br>Checkout Equipment<br>1+2 Checkout Lanes |
| 7.29.2021 | 1457 | Training Academy | 9:00AM - 12:00PM | Lee Galbraith | Customer Perspective / First Impression | |
| 07.31.2021 | 1457 | Training Academy | 8:00 AM - 2:00PM | Andrew Etheridge | Final Assessment + Compliance (SUP) | Theoretical and Practical Assessment (Customer Service, Working Stock, and Checkout) |
| Week 4 | Training Store | | | Ken Jones | Status Dialogue | SM Feedback Conversation (including but not limited to)<br>-Pace & Efficiency<br>-General Merchandising Principles<br>-Checkout and Cash Management Principles<br>-Associate Routine (Opening / Closing)<br>-Rotation & Freshness Principles<br>-SFL 100% Complete |

## Week 5-12 Training

| Date | Location | Room | Time | Responsible Department/ Contact Person | Description | Notes/Details |
|---|---|---|---|---|---|---|
| CW 32 | | | | Andrew Etheridge | | SA Workshops (To be scheduled):<br>FRP<br>BRP<br>NF & Promotions<br>Inventory (will be covered by ASM Inventory Workshop)<br>Learning Buddy<br><br>SUP Workshops (To be scheduled):<br>Compliance<br>ServSafe<br>EPJ (certification)<br>Preventative Harassment<br>Opening Shift<br>Closing Shift<br>Introduction to Leading at Lidl |
| 08.05.2021 | RPO | Conference Room | 9:00AM - 5:00PM | Gabriel Gutierrez | People Management Workshop | |
| CW 33 | | | | | | |
| 08.12.2021 | 1457 | Training Academy | 9:00 AM - 5:00PM | Patrick Quinn | Inventory & Loss Prevention | Claims / Returns / Reporting / Daily Inventory (Auto ordering) / PLU Tests and Test Carts / Inventory Binder |
| 08.13.2021 | 1457 | Training Academy | 9:00 AM - 5:00PM | Ryan McGuire | KPI Workshop | |
| CW 34 | | | | | | |
| 08.19.2021 | 1457 | Training Academy | 7:00AM - 3:00PM | Ken Jones | Opening Workshop (SUP) | |
| CW 35 | | | | | | |
| 08.24.2021 | 1170 | Mableton Store | 2:00PM - 10:00PM | Myechia Stevens / Ken Jones | NF & Promotions | |
| 08.26.2021 | 1170 | Mableton Store | 6:00AM - 3:00PM | Myechia Stevens / Ken Jones | FRP | |
| 08.27.2021 | 1457 | Training Academy | 9:00AM - 5:00PM | Ken Jones | ServSafe | |
| CW 36 | | | | | | |
| 08.31.2021 | 1457 | Training Academy | 12:00PM - 8:00PM | Ken Jones | Closing Workshop (SUP) | |
| 09.01.2021 | 1457 | Training Academy | 9:00AM - 5:00PM | Ken Jones | Learning Buddy | |
| 09.02.2021 | 1170 | Mableton Store | 6:00AM - 3:00PM | Myechia Stevens / Ken Jones | BRP (Open) | |
| 09.03.2021 | 1170 | Mableton Store | 2:00PM - 10:00PM | Myechia Stevens / Ken Jones | BRP (Close) | |
| CW 37 | | | | | | |
| 09.09.2021 | 1457 | Training Academy | 10:00AM-12:00PM | Christina Hadley | Preventative Harassment | |
| CW 38 | | | | | | |
| 09.16.2021 | TBD | TBD | TBD | TBD | TBD | |
| CW 39 | | | | | Final Assessment / Status Dialogue | |
| 09.23.2021 | TBD | TBD | TBD | TBD | TBD | |

| Week 13-20 Training | | | | | | |
|---|---|---|---|---|---|---|
| Date | Location | Room | Time | Responsible Department/ Contact Person | Description | Notes/Details |
| CW 40 | | | | | | ASM Workshops (To be scheduled)<br>KPIs<br>Scheduling<br>Inventory<br>Communication & Conflict Management<br>Leading Employees<br>Time & Self Management |
| CW 41 | | | | | | |
| CW 42 | | | | | | |
| CW 43 | | | | | | |
| CW 44 | | | | | | |
| CW 45 | | | | | | |
| CW 46 | | | | | | |
| CW 47 | | | | | | |

| Week 21-26 Training | | | | | | |
|---|---|---|---|---|---|---|
| Date | Location | Room | Time | Responsible Department/ Contact Person | Description | Notes/Details |
| CW 48 | | | | | | SM Workshops (To be scheduled)<br>Change Management<br>Employee Management<br>Store Simulation |
| CW 49 | | | | | | |
| CW 50 | | | | | | |
| CW 51 | | | | | | |
| CW 52 | | | | | | |
| CW 1 | | | | | | |

Following your Completion Dialogue with your Line Manager, please share your feedback on your introductory training experience.
You can find the survey on LOOP, by clicking on the following link, or by using the QR Code below:

New Hire Survey




Good Morning,
Your warning was accurate.
Ronnie appear to have an ego issue. It seems as though he gets intimated knowing other managers to be are in his presence, when you seem to be a threat, it shows.
He told me this morning that I should be focused on the associate phase. He added that he won't be communicating with me much and that I should be getting my training from associates and supervisors. He said he don't want a person appearing to be high (raises hand over his head) position wise if he communicate too much.
That statement alone showed me he is not at Lidl for the right reasons. He is only concerned with his role and are not seeking to empower other manager candidates, forgetting someone had to train him. As a leader/store manager, he is the first contact and I should be able to go to him at any time.
I responded by stating that it is imperative I receive the right training and that if I don't feel I am getting that then I will seek for a manager to step in.
Secondly, he interrupts me during my computer training. He clearly has separated the store he runs from Lidl as a company. I inquired about the training and gave an example of what Ken did with me on Wednesday. He responded with "the way we do it". I asked if he meant him or the company, and he said him at this store. I responded with "I want to focus on what Lidl policy is regarding training". He opened my MT binder and stated that our pages should start with the associate then go up etc. I told him we created the book with you as we are managers in training, and things must have changed as he tried to compare to his training.
People have to be willing to accept change.

Jul 16, 2021 9:24 AM

Sent

# LIDL-Snellville 1262

(703) 407-3358

View contact

**(703) 407-3358**
Work

  

**Duo Call**



 **Jul 18 (Sun) 1:14 PM**
00:06:08
Virginia



Monday, 07/19/2021

LIDL-Snellville 1262
(703) 407-3358

View contact

(703) 407-3358
Work

Duo Call

Jul 18 (Sun) 1:14 PM
00:06:05
Virginia

11:16 AM

Monday, July 19, 2021

Good Morning,
We still haven't received our action plan that were
to be emailed. When we be getting it soon?

8:38 AM

 Hey due to the visit being pushed up Gabe
is still working on them. But you can also
find the associate training plan in Lisa
which should be your primary focus for
the next three weeks

8:56 AM

9:38 AM

Ok. Thank you

Tuesday, July 20, 2021





Enter message

Tuesday, July 20, 2021





Real dedication example. By law, I don't have to go to work following this shot and I was given an excuse.
I'm in route to work anyhow.

10:20 AM

Loved "Real dedication example. By law, I don't have to go to work following this shot and I was given an excuse.
I'm in route to work anyhow."

10:23 AM

## Clayton State University • University Health Services
5809 Northlake Drive, Clayton Station Bldg 1000, Morrow GA 30260
Phone: 678-466-4940  Fax: 678-466-4944

## Excuse

Patient:  Tamara S Nolan                          Date:  July 20, 2021

The above-named patient presented for treatment at the CSU University Health Services on the following
date: July 20, 2021

Jennilyn Simmons, FNP-C
UHS Staff

Clayton State University
University Health Services
2000 Clayton State Blvd
Morrow, Ga. 30260
678 466 4940

**If there are any questions, please feel free to call the clinic at 678-466-4940.**

Signed by: Melissa Williams on Jul-20-2021 at 09:20 AM

 
I'm on the floor alone doing a pallet. No employee around to assist. Tanisha had the electric one on the floor. When I got to the pallet she was working on, she walked away stating she was going on break. I told Andrew I wasn't certified and brought up the electric one being on the floor during sto

( View all )

12:34 PM

Is Ronnie in the store today ?

12:35 PM

Did you bring this to Jazzy and ask why the electric pallet Jack was being used as the training team communicated they were not to be used during business hours

12:36 PM

Yes he is. He with Maurice. He haven't checked on me in 40 mins or so. I'm almost done with pallet. He saw the electric pallet she had and allowed it until I said something

12:37 PM

I asked about it and he responded "yeah" when I inquired.

12:38 PM

Just continue to follow the correct processes you know and ask how you can support the team in making sure the correct processes take place without seeming like you are trying to get anyone in trouble. IE hey Ronnie I noticed electric pallet jacks are on the floor right now.. who can I ask to take

( View all )

Just continue to follow the correct processes you know and ask how you can support the team in making sure the correct processes take place without seeming like you are trying to get anyone in trouble. IE hey Ronnie I noticed electric pallet jacks are on the floor right now.. who can I ask to take it back since we are not suppose to use them and I can get the manual pallet Jack so I can move the pallet around with me.

Jul 20, 2021 12:41 PM                    Received


The back of my neck/top back area still has pain. I'm more convinced this may have come from improper lifting and handling product on the floor. We have not been taught any fundamental of lifting and it should not be assumed. I will wait until those fundamentals ate taught before handling product again.

Jul 24, 2021 6:26 AM                                    Sent

From: Tamara    7/24/2021
ATTN Ronnie

I may have to do
light duty work
starting Monday
July 26, 2021







3:57 PM



3:59 PM



4:19 PM

**Liked an image**   4:20 PM

Sunday, July 25, 2021



  

Tuesday, July 27, 2021



Hey Gabe and the ERM want to meet with you today at about the training concerns that your brought up. Can you meet them at the RPO office at 1pm today.

8:02 AM

Morning,
I get off at 2.
Do you need to inform Ronnie?

8:03 AM

Yes Ronnie is aware.

8:04 AM

Wednesday, July 28, 2021

> Myesha said Ronnie has not send my information to her and I need to be under her store (1170). I need to also do my time corrections from yesterday.

12:33 PM

You can login from any store and fix time I will make sure the get you changed over today

12:41 PM

> Wouldn't Ronnie still have to approve it?

12:44 PM

Yes but we have already spoke to him about approving it.

12:45 PM

> Ok

 
Thursday, July 29, 2021

> Hey,
> Can I get a copy of my performance write up from Tuesday today? Gabe initially stated I would receive it today; he stated that you have it. I would like that copy please.

11:40 AM

Yes I had it in my book bag and was rushing to get back for. These interviews.

11:43 AM

> How soon can I get it?

11:43 AM

I can have it at dunwoody on Saturday in a sealed envelope for you. Will that be okay ?

11:43 AM

> Yes

11:44 AM

Because you are off tomorrow correct ?

11:44 AM

> Right

11:44 AM

## BASIC TRAINING - ASSOCIATE ( FINAL ASSESSMENT)

INSTRUCTIONS : Regional Trainer to complete ALL sections and provide a copy to the trainee. In addition, the store manager should be provided a copy via email. The store manager should then have a feedback conversation with the trainee that should occur no later than 1 week after the assessment has been completed.

| DATE | Final Assesment Score | Reassessment Date (if applicable) To occur if final assessment score is below 80% | |
|---|---|---|---|
| 7-31-21 | 90% | | **LIDL** |
| Trainee (First,Last) | Tamara Nolan | | |
| Trainer (First,Last) | Courtney Perry | | |

*Working Stock  Practical Assessment*

| Topics | Successful | Unsuccessful | COMMENTS |
|---|---|---|---|
| General Working Stock | ✓ | | knowedable, of working stock |
| Chiller | ✓ | | |
| MPF | ✓ | | |
| Ambient | ✓ | | |
| Non-Food | ✓ | | |

*Checkout Practical Assessment*

| Topics | Successful | Unsuccessful | COMMENTS |
|---|---|---|---|
| Customer Service | ✓ | | Aware of the basics of checking out Lidl concepts |
| Inventory | ✓ | | |
| MyLidl | ✓ | | |
| Lidl Love It | ✓ | | |
| Efficient Checkout | ✓ | | |

*Success Factor Learnings Assessment*

| Topics | Successful | Unsuccessful | COMMENTS |
|---|---|---|---|
| General Working Stock | ✓ | | |
| Chiller | ✓ | | |
| MPF | ✓ | ✓ | |
| Ambient | ✓ | | |
| Non-Food | ✓ | | |
| Customer Service | ✓ | | |
| Inventory | | ✓ | |
| MyLidl | ✓ | | |
| Lidl Love It | ✓ | | |
| Efficient Checkout | ✓ | | |

| TRAINEE SIGNATURE | | TRAINER SIGNATURE | |
|---|---|---|---|

RDC Atlanta -Training and Development  VERSION 5/20/21



Sunday, August 1, 2021



← Broadcast

From    esb.webservice

To      FYI

Time off request for Saturday, July 17, 2021 has been created

**Tamara Nolan, your time off request has been created by esb.webservice.**

**Start Date: Saturday, July 17, 2021**
**End Date: Saturday, July 17, 2021**
**Reason: Absent - Mgr Adjustment**
**Status: Approved**



← Notification

From    esb.webservice

To      FYI

Time off request for Friday, July 30, 2021 has been created

**Tamara Nolan, your time off request has been created by esb.webservice.**
**Start Date: Friday, July 30, 2021**
**End Date: Friday, July 30, 2021**
**Reason: Absent - Mgr Adjustment**
**Status: Approved**

Good Morning,
These are errors in Dayforce as I did not request to be off. These were my original off days.

7:28 AM

Enter message                    +     



Hey,
This is Tamara
Per our conversation, this is my plan received by Gabe

10:47 AM

okay
10:47 AM

Can you approve for me to complete my 4 pillars and store associate independent work on the learning site?

12:04 PM

im not at work. I need to see if your in my system first
12:12 PM

Monday, August 2, 2021

Mornung, you're still not in my system
10:36 AM

Morning,
Please let Andrew know
10:36 AM

he already knows
10:36 AM

Tuesday, August 3, 2021

Hey,
A three week work schedule still not up for me?
10:17 AM

schedules are up. you cant see them because your not in my system
10:33 AM

Monday, August 2, 2021



Momung, you're still not in my system 10:26 AM

Morning,
Please let Andrew know 10:36 AM

he already knows 10:36 AM

Enter message +

Good Morning,
Please see message attached

10:38 AM

Yes I am aware. I reached out to HQ over the weekend to figure out why there is a delay in the system. Ronnie did submit last week and confirmed but we are working through the system to see why Myechia isn't seeing it.

10:41 AM

10:42 AM

Tuesday, August 3, 2021



 

# LIDL RECRUIT-ANDREW
(703) 835-3928



Hey,
There is no 3 weeks schedule posted at this store as we were told it should be at all stores.
I only see my schedule for this week which was provided my first day here last Wednesday.
How much longer will it be before I am in the system at Mableton and to see my schedules?
It's not fair for us to not be able to plan in advance regarding our schedule, but if we had to call out or be late, it becomes a problem. With all due respect, The company must be an example of its practices/polices.

Aug 3, 2021 10:55 AM                                    Sent

# weekly schedules

next week +1

next week

this week





weekly
information

| | Mon 9 | Tue 10 | Wed 11 | Thu 12 | Fri 13 | Sat 14 | Sun 15 | Total |
|---|---|---|---|---|---|---|---|---|
| Jose Villicana | 4:00a-12:00p Other: Working Stock: 4:00a - 12:00p | Shift Lead 4:00a-12:00p | | | 4:00a-12:00p | 4:00a-12:00p | 4:00a-12:00p | 34.75 |
| Tyniese Jones | FRP 8:00a-3:00p FRP Tasks: 8:00a - 3:00p | | 2:00p-10:00p BRP Tasks: 2:00p - 10:00p | | 6:00a-3:00p FRP Tasks: 6:00a - 3:00p | 5:30a-11:00a BRP Tasks: 5:30a - 11:00a | 3:00p-10:00p FRP Tasks: 3:00p - 10:00p | 33.75 |
| Tamara | Off | Trainee 7:00a-3:00p Other: 7:00a - 3:00p | Trainee 7:00a-3:00p Other: 7:00a - 3:00p | Trainee 8:00a-3:00p | Off | Trainee 2:00p-10:00p Other: 2:00p - 10:00p | Shift Lead 2:00p-10:00p Other: 2:00p - 10:00p | 34.00 |

Breonna      7-3    7-3    2p-10p   2p-10p              7-3p

Monica 2p-10p

| Employee | Mon 9 | Tue 10 | Wed 11 | Thu 12 | Fri 13 | Sat 14 | Sun 15 | Total |
|---|---|---|---|---|---|---|---|---|
| Grace Buschmann | 7:00a-3:00p .Cashier: 7:00a - 3:00p | BRP 5:30a-11:00a .BRP Tasks: 5:30a - 11:00a | | 1:00p-10:00p .BRP Tasks: 1:00p - 10:00p | 2:00p-10:00p .BRP Tasks: 2:00p - 10:00p | | 2:00p-10:00p .BRP Tasks: 2:00p - 10:00p | 33.75 |
| Terry Clark | 4:00a-10:00a Other: Working Stock 4:00a - 10:00a | 4:00a-10:00a | 4:00a-10:00a | 4:00a-10:00a | 4:00a-10:00a | | | 25.00 |
| Terrence Ashford | | 4:00a-10:00a | 4:00a-10:00a | | 4:00a-10:00a | 4:00a-10:00a | 4:00a-10:00a | 25.00 |
| Taylor Wilson | | | | Trainee 4:00a-10:00a Other: Working Stock 4:00a - 10:00a | Trainee 4:00a-11:00a Other: Working Stock. 4:00a - 11:00a | Trainee 4:00a-10:00a Other: Working Stock 4:00a - 10:00a | | 16.00 |
| Necia Miller | | 4:00a-10:00a | BRP 5:00a-11:00a | 4:00a-10:00a Other: Working Stock 4:00a - 10:00a | BRP 5:00a-11:00a .BRP Tasks: 5:00a - 11:00a | Anchor Cashier 3:00p-10:00p .Cashier: 3:00p - 10:00p | | 26.50 |
| Leah Roberts | 6:00p-2:00a .Inventory: 6:00p - 2:00a | Off | 6:00p-2:00a .Inventory: 6:00p - 2:00a | Off | 7:00a-3:00p Anchor/SCO: 7:00a - 3:00p | 7:00a-3:00p .Cashier: 7:00a - 3:00p | 7:00a-3:00p .Cashier: 7:00a - 3:00p | 35.00 |
| Kendall Quaries | | | Trainee 12:00p-6:00p .Cashier: 12:00p - 6:00p | Trainee 12:00p-6:00p .Cashier: 12:00p - 6:00p | Trainee 12:00p-6:00p .Cashier: 12:00p - 6:00p | | | 15.50 |
| Jada James | 2:00p-10:00p .Cashier: 2:00p - 10:00p | 2:00p-10:00p .Cashier: 2:00p - 10:00p | 2:00p-10:00p .Cashier: 2:00p - 10:00p | | | 9:00a-6:00p .Cashier: 9:00a - 6:00p | 10:00a-6:00p .Cashier: 10:00a - 6:00p | 36.00 |
| Davaris Puryear | | | Trainee 2:00p-10:00p .Cashier: 2:00p - 10:00p | Trainee 2:00p-10:00p .Cashier: 2:00p - 10:00p | Trainee 2:00p-10:00p .Cashier: 2:00p - 10:00p | | | 20.75 |
| Veronica Carter | BRP 2:00p-10:00p .BRP Tasks: 2:00p - 10:00p | BRP 1:00p-10:00p .BRP Tasks: 1:00p - 10:00p | FRP 3:00p-10:00p .FRP Tasks: 3:00p - 10:00p | PTO | Floating Holiday | Floating Holiday | Floating Holiday | 21.00 |
| Cierra Dewitt | BRP 5:00a-11:00a .BRP Tasks: 5:00a - 11:00a | 7:30a-3:00p .Cashier: 7:30a - 3:00p | 7:00a-3:00p | BRP 5:30a-11:00a | | | BRP 5:00a-11:00a .BRP Tasks: 5:00a - 10:00a | 28.75 |
| Tamara Nolan | | | Trainee 7:00a-3:00p Other: 7:00a - 3:00p | 9:00a-5:00p | 9:00a-5:00p | Trainee 2:00p-10:00p Shift Lead: 2:00p - 10:00p | Trainee 2:00p-10:00p Shift Lead: 2:00p - 10:00p | 35.00 |
| ERIC GYAMFI | | 2:00p-10:00p NF/Promotions/Tic keting: 2:00p - 10:00p | Trainee 2:00p-10:00p | 9:00a-5:00p | 9:00a-5:00p | Trainee 7:00a-3:00p Shift Lead: 7:00a - 3:00p | | 36.75 |
| Myechia Stevens | 7:00a-4:00p .Management: 7:00a - 4:00p | 6:00a-4:00p Orders: 6:00a - 4:00p | 6:00a-4:00p Orders: 6:00a - 4:00p | Shift Lead 4:00a-1:00p | PTO | PTO | Free Day Request | 33.50 |
| James Butler | 7:00a-4:00p Orders 7:00a - 4:00p | PAM Lead 1:00p-10:00p .Management: 1:00p - 10:00p | | 2:00p-10:00p | | 7:00a-4:00p | 7:00a-4:00p Orders: 7:00a - 4:00p | 38.00 |
| ABIMBOLA HAMBOLU | 6:00p-2:00a .Inventory: 6:00p - 2:00a | | 6:00p-2:00a .Inventory: 6:00p - 2:00a | | 7:00a-4:00p | | Free Day Request | Free Day Request | 21.50 |
| Jarrot Remo | 6:00p-2:00a .Inventory: 6:00p - 2:00a | | Shift Lead 3:00p-10:00p | 6:00p-2:00a .Inventory: 6:00p - 2:00a | | Shift Lead 7:00a-3:00p | Shift Lead 2:30p-10:00p | 33.50 |
| Nadeem Kayani | | FRP 6:00a-3:00p .FRP Tasks: 6:00a - 3:00p | FRP 6:00a-3:00p .FRP Tasks: 6:00a - 3:00p | FRP 3:00p-10:00p .FRP Tasks: 3:00p - 10:00p | FRP 3:00p-10:00p .FRP Tasks: 3:00p - 10:00p | | FRP 6:00a-3:00p .FRP Tasks: 6:00a - 3:00p | 35.00 |
| Aquarius Clark | PTO | PTO | 4:00a-12:00p Shift Lead: 4:00a - 12:00p | Shift Lead 6:30a-3:00p Shift Lead: 6:30a - 3:00p | Shift Lead 7:00a-3:00p | | | 21.50 |
| Audrey Harper | 3:00p-10:00p .FRP Tasks: 3:00p - 10:00p | 3:00p-10:00p .FRP Tasks: 3:00p - 10:00p | | | Anchor Cashier 2:30p-10:00p .Cashier: 2:30p - 10:00p | 3:00p-10:00p .FRP Tasks: 3:00p - 10:00p | 3:00p-10:00p .Cashier: 3:00p - 10:00p | 30.50 |
| Courtney Newsome | 6:00p-2:00a .Inventory: 6:00p - 2:00a | | 4:00a-12:00p Other: Working Stock 4:00a - 12:00p | 6:00p-2:00a .Inventory: 6:00p - 2:00a | | 4:00a-12:00p .Inventory: 4:00a - 12:00p | 4:00a-12:00p .Inventory: 4:00a - 12:00p | 35.00 |
| DeAyera Taylor | | 6:00p-10:00p Cleaning: | 6:00p-10:00p | | | 2:00p-10:00p BRP Tasks: | Off | 14.50 |





# Scheduler Stores

August 3, 2021 11:00 AM

| | | |
|:---:|:---:|:---:|
| ⊕ | ⊕ | ⊕ |
| Tap To Add | Tap To Add | Tap To Add |

 **Next Scheduled Shift**
No upcoming shifts in the next 7 days

 **No unread messages**



Today promo tables were also not put put on Daniel shift last night

7:37 AM

M Good morning,
DM Josh.

8:48 AM

I don't have his information

9:01 AM

M joshua.knight@lidl.us

10:21 AM

Aquarius gave me his number. We spoke to him. Thank you

10:22 AM

M Minor concerns like these need to be addressed with the SM. Although he may have closed last he's still overall responsible for the store. Bring it to his attention.

No problem

10:22 AM

M *Concerns

10:24 AM

Thank you again. Aquarius stated the SM number was not in the phone. You directed me to contact Josh. Miscommunication. Thank you for clarity

11:17 AM

M No problem

11:17 AM

Enter message ╋ 


M Did you let Myechia know?
9:45 AM

She not in yet
9:46 AM

M Once she arrives just ask to speak with her alone in the office and express your concerns. You two must communicate to address this.
10:21 AM

Josh, Patrick and Jarred meeting in the office
10:32 AM

M Perfect. Talk to Josh whenever she gets a free moment if Myechia isn't there once they finish.
10:47 AM

Saturday, August 21, 2021





Enter message

 





Good Morning Josh,
Store 1170
Please see attached....
Sent to you per Maurice.

We walked into the store this morning and noticed several things not completed at the store from last night from SM Daniel shift. Bathrooms were not cleaned/tissue not replenished, Saturday promo tables were not out, le

( View all )

9:59 AM

 Good morning, thanks for the feedback. Apologies, I do not have your number saved - can I ask who this is?

Thanks,

Josh

10:03 AM

10:09 AM SMT Tamara

Enter message +  

 **Gmail**                                                  T <teesenee84@gmail.com>

## Retaliatory Discharge
1 message

T <teesenee84@gmail.com>                                              Sun, Sep 5, 2021 at 1:11 PM
To: ERM008@lidl.us

Good Afternoon,
Please see attached...

As you are aware and per your signature, I was terminated today with DM Josh and Jarred at the arrival of my shift. I drove to work in a rental car (64 miles round trip) and charged for my miles to only be greeted with a surprise untrue final write-up and told I was terminated effective immediately. I did not sign the write-up because I do not agree with the allegations.

During the conclusion of the workshop with trainer Ken on Thursday, September 2, 2021, you inquired in the managers office in general if anyone in our SMT class had used the "B" word. I stated to you No and inquired why you asked. You stated you just asked but appears there were ulterior motives. SMT Eric also confirmed that no one used the "B" word. You never inquired about any other matters stated in the final write-up. Subsequently, you provided myself and Eric with a $20 gift card in which we won at a separate workshop (see attached).

As previous write-ups received, I've never had a coaching or verbal warning regarding allegations against me to allow me to defend myself prior to receiving a write-up.

I also recently put in a second request to be off on work on Sunday's starting September 19, 2021 due to my religion and adding that my church will soon fully open its locations following the pandemic. The first request was deleted by someone, forcing me to put in a second request (see attached). It appears I have also been discriminated against due to my religion.

Lastly, you are also aware that I contacted the EEOC short of three weeks ago as I informed you per our phone conversation, and hopefully that doesn't contribute to my retaliatory discharge today.

Tamara Nolan

---

**4 attachments**



**20210905_124958.jpg**
2032K

**20210905_125019.jpg**
1877K





**20210902_185337.jpg**
3536K



**20210830_120412.jpg**
4561K

Quota as of 📅

| Attendance / Absence type | Date | Duration | Status |
|---|---|---|---|
| Free Day Request | 09/19/2021 (1 Day) | Full Day | ✐ Submitted |
| Free Day Request | 09/04/2021 (1 Day) | Full Day | ✔ Approved |
| Absence Excused | 08/24/2021 (1 Day) | Full Day | ✔ Approved |
| Absence Excused | 08/22/2021 (1 Day) | Full Day | ✔ Approved |

# Free Day Request  ✎ Submitted

Type of Recording
**Full Day** ▼

Date
09/19/2021 📅

Enter Comment

My church is fully opening its locations soon following the pandemic. My family and I religion are Christian/Baptist. I am requesting Sunday's off starting September 19th as we utilize that day for that purpose. Thank you

Attachment
⬆ UPLOAD

## Team Calendar

|  | | Sep 2021 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 📅 | **TODAY** | Sun 12 | Mon 13 | Tue 14 | Wed 15 | Thu 16 | Fri 17 | Sat 18 | Sun 19 | Mon 20 | Tue 21 | Wed 22 | Thu 23 | Fri 24 |
| Ashford, Terrence | | | | | | | | | | | | | | |
| Aviles, Jacquelyn | | | | | | | | | | | | | | |
| Buschmann, Grace | | | | | | | | | | | | | | |
| Carter, Veronica | | | | | | | | | | | | | | |
| Castro, Grisell | | | | | | | | | | | | | | |

# Free Day Request  Submitted

Type of Recording
**Full Day**

Date
09/19/2021

Enter Comment

Second Request. First one appear to have been deleted. I am requesting to be off on Sunday's starting September 19, 2021 as my church locations will be fully opened for service following the pandemic. My family religion is Baptist/Christian and will be utilizing that day for its purpose. Thank you

Attachment

 UPLO

# Team Calendar



**TODAY**

Sep 2021

| | Sun 12 | Mon 13 | Tue 14 | Wed 15 | Thu 16 | Fri 17 | Sat 18 | Sun 19 | Mon 20 | Tue 21 | Wed 22 | Thu 23 | Fri 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ashford, Terrence | | | | | | | | | | | | | |
| Aviles, Jacquelyn | | | | | | | | | | | | | |
| Buschmann, Grace | | | | | | | | | | | | | |



## Performance Improvement Plan

**Instructions:**
- Complete all required fields.
- The document should be reviewed by secondary Line Manager and Employee Relations prior to administering to the employee.
- Submit the completed form to local Employee Relations.

| EMPLOYEE INFORMATION | |
|---|---|
| Name: Tamara Nolan | Personnel #: 90237769 |
| Title: Store Manager Trainee | Job Level: Manager Trainee |
| Location (City/State): Snellvile, GA | Department/Store #/RDC: Store Operations / 1262 |
| **LINE MANAGER INFORMATION** | |
| Name: Ronnie Hammett | Personnel #: 90224450 |
| E-mail: Ronnie.Hammett@lidl.us | Phone: (703) 407 3358 |
| **SECONDARY LINE MANAGER INFORMATION** | |
| Name: Kathleen Brinson | Title: District Manager |
| E-mail: Kathleen.Brinson | Phone: (703) 254-7928 |

| PREVIOUS DISCIPLINE | | |
|---|---|---|
| *List all previous discipline administered within the last 12-months* | | |
| **Category** | **Type** | **Date Administered** |
| | | |
| | | |
| | | |
| | | |

The purpose of this Performance Improvement Plan (PIP) is to define areas of concern in your performance or behavior, and allow you the opportunity to demonstrate improvement and commitment in these areas. *(briefly state areas of performance, behavior, or soft skills that negatively affect the work environment)*

Tamara has had opportunities with completing assigned work task (stocking,etc). Both management and associates have expressed concerns regarding Tamara's completion of pallets (freight) and willingness to work on the floor as expected of any SMT.

Additionally, they have also expressed concerns regarding conversations Tamara is having regarding store personnel in a way that may cause others to be uncomfortable and cause disengagement within the workplace.

Tamara has also changed her scheduled times on several occasions and has not provided advanced notice to her line manager. *(not true. I contacted Ronnie a full day in advance)*



Ensure 3 week Schedule posted

6 module action plan before Final Assessment

A copy of this performance improvement plan will be placed in your personnel file. If you do not meet and maintain the above-stated expectations and sustain improved performance or behavior, you will be subject to further action, up to and including termination of employment. You are encouraged to discuss any concerns or questions you may have regarding this PIP with me, or your Employee Relations Manager.

| Line Manager | Secondary Line Manager |
|---|---|
| Printed Name Gabriel Gutierrez | Printed Name Ryan Mcguire |
| Signature | Signature |
| Date 07/27/2021 | Date 07/27/2021 |
| Employee | Employee Relations |
| Printed Name Tamara Nolan | Printed Name Maurice Fox |
| Signature | Signature |
| Date 07/27/2021 | Date 07/27/2021 |



## DISCIPLINARY ACTION FORM

**Instructions:**
- Complete all required fields
- Documented feedback sessions do not require Secondary Line Manager or Employee Relations approval
  - Attendance discipline up-to termination do not require Secondary Line Manager approval
- Attendance discipline up to termination does not require ER approval prior to administering
- Submit the form to local Employee Relations
  - Employee Relations must approve written/final written warnings prior to administering

### EMPLOYEE INFORMATION

| | |
|---|---|
| Name: Tamara Nolan | Personnel #: 90237769 |
| Title: FT40 | Job Level: ASM |
| Location (City/State): Mableton, GA | Store #/RDC: 1170/A TL |

### LINE MANAGER INFORMATION

| | |
|---|---|
| Name: Myechia Stevens | Personnel #: 90200381 |
| E-mail: Myechia.Stevens.1@lidl.us | Phone: 571 882 3967 |

### SECONDARY LINE MANAGER INFORMATION

Only required for discipline above a documented feedback session.

| | |
|---|---|
| Name: Jarred Hawkins | Title: District Manager |
| E-mail: Jarred.Hawkins@lidl.us | Phone: 703-201-4636 |

### CATEGORY

| | |
|---|---|
| ☒ | Attendance |
| ☐ | Behavior |
| ☐ | Performance |

### TYPE

| | |
|---|---|
| ☐ | Documented Feedback Session |
| ☐ | Written Warning |
| ☒ | Final Written Warning |
| ☐ | Involuntary Separation |

### PREVIOUS DISCIPLINE

List all previous discipline administered within the last 12-months

| Category | Type | Date Administered |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Describe the employee's unsatisfactory performance/behavior (be specific, provide examples with dates). For attendance related discipline please include specific dates and types of infractions (late, no call/no show, unexcused absence, etc.)

On 8.11.21 Tamara was scheduled 7am-3⁰⁰pm. Tamara arrived at 9ᴬᴹ stating that she thought she was suppose to be in at 9ᴬᴹ instead of 7ᴬᴹ.

~~A~~ I attempted to reach store manager Myechia via cell phone on 8/10/2021 regarding my schedule for 8/11/2021. I did not receive a text back response that would have assisted with communication / clarification.



**Describe the steps the employee must take to correct the performance/behavior and what are the expectations.**
*Not applicable for attendance discipline.*

Tamara needs to ensure that she uses dayforce as well as schedules posted up in the breakroom. This will ensure that she arrives at the correct time on the correct date.

**Describe the ways you will monitor and review the employee's performance/behavior and the time period improvement must be made.**
*Not applicable for attendance discipline.*

Line Manager will monitor dayend to check clockin and clock out times.

| Line Manager | Secondary Line Manager *(for written warning and above)* |
|---|---|
| Signature | Signature |
| Date: 8-11-21 | Date: 8-11-21 |
| **Employee** | **Employee Relations** *(for written warning and above)* |
| Signature | Signature |
| Date: 8/11/2021 | Date: |



# DISCIPLINARY ACTION FORM

**Instructions:**
- Complete all required fields
- Documented feedback sessions do not require Secondary Line Manager or Employee Relations approval
  - Attendance discipline up-to termination do not require Secondary Line Manager approval
- Attendance discipline up to termination does not require ER approval prior to administering
- Submit the form to local Employee Relations
  - Employee Relations must approve written/final written warnings prior to administering

## EMPLOYEE INFORMATION

| | |
|---|---|
| Name: Tamara S. Nolan | Personnel #: 90237769 |
| Title: Store Manager Trainee | Job Level: Sales- Management Trainee |
| Location (City/State): Mableton, GA | Store #/RDC: 1170 / ATL Region / GRM RDC |

## LINE MANAGER INFORMATION

| | |
|---|---|
| Name: Jarred Hawkins | Personnel #: 90232874 |
| E-mail: Jarred.Hawkins@lidl.us | Phone: (571) 882-3967 |

## SECONDARY LINE MANAGER INFORMATION
*Only required for discipline above a documented feedback session.*

| | |
|---|---|
| Name: Joshua Knight | Title: District Manager |
| E-mail: Joshua.Knight@lidl.us | Phone: (571) 882-3967 |

| CATEGORY | | TYPE | |
|---|---|---|---|
| ☐ | Attendance | ☐ | Documented Feedback Session |
| ☑ | Behavior | ☐ | Written Warning |
| ☐ | Performance | ☐ | Final Written Warning |
| | | ☑ | Involuntary Separation |

### PREVIOUS DISCIPLINE
*List all previous discipline administered within the last 12-months*

| Category | Type | Date Administered |
|---|---|---|
| Attendance | Final Written Warning | 8/11/2021 |
| Performance | | 7/27/2021 |
| | | |
| | | |
| | | |

**Describe the employee's unsatisfactory performance/behavior (be specific, provide examples with dates).**
*For attendance related discipline please include specific dates and types of infractions (late, no call/no show, unexcused absence, etc.)*

Tamara has exhibited unprincipled behaviors which have negatively impacted the culture of her store and has caused extreme discomfort with her peers and other employees interacting with her. On 9/1/2021 Tamara used profanity (bit*h) during a workshop with other management trainees. On 9/1/2021 she also made the statement "Knuck if you buck" which is a threating statement provoking violence. This is unacceptable in the workplace. Both statements violate LIDL US Code of Conduct policy and goes against LIDL US Company values of Respect, Recognition, Responsibility and Trust. During training workshops Tamara causes disruptions and unnecessary tension between herself and peers by constantly making negative comments and exhibiting behaviors of disengagement; ex: gossiping and engaging in conversation unrelated to LIDL or her training plan. This violates LIDL US Code of Professional Conduct Policy. Tamara also made a comment that a male peer "wants to be a woman but should act like a man." This violates LIDL US Harassment and Discrimination Policy. Tamara was previously placed on a Performance improvement plan which also included her behaviors of causing disengagement and uncomfort with other employees. At this point Tamara has caused a hostile work environment and this unprofessional-ism and levels of toxicity will not be tolerated.

Hostile Work Environment: A person's behavior in the workplace creates an environment that is difficult or uncomfortable for another person due to discrimination. The conduct creates an environment that is intimidating, hostile, or offensive to a reasonable person.

Code of Conduct: At work, at Company events or on Company business, employees are expected to comply with Company policies and applicable state, local and federal laws. At all times, employees must avoid illegal, unethical or improper conduct. Employees should communicate professionally and respectfully with one another, our customers, and others with whom they come in contact. In all work and professional relationships, employees are expected to treat others with respect, fairness, integrity and honesty.



**Describe the steps the employee must take to correct the performance/behavior and what are the expectations.**
*Not applicable for attendance discipline.*

Disciplinary Process Policy:
All employees should be aware and understand that there may be circumstances in which the immediate termination of an employee's employment is most appropriate. See the Company's Termination Policy for further information. In those circumstances a written warning or PIP may not be administered. This Policy provides no promise of continued employment or contractual rights, nor should anything in this Policy be read or construed as modifying or altering the employment at-will status.

Immediate Involuntary Termination Guidelines:
Unless otherwise required by applicable law, employment with the Company may be terminated immediately and without warning, if the employee's conduct, behavior, or job performance is unacceptable or violates a Company policy. Conduct that may result in the immediate involuntary termination of employment includes, but is not limited to:
Introductory Period-
During the first three (3) months of employment, in consultation with ER, employment can be involuntarily terminated immediately due to performance, behavioral and/or attendance discipline.

Tamara's employment with LIDL US is terminated effective immediate upon receipt of this Disciplinary Action Form.

**Describe the ways you will monitor and review the employee's performance/behavior and the time period improvement must be made.**
*Not applicable for attendance discipline.*

Tamara's employment with LIDL US is terminated effective immediate upon receipt of this Disciplinary Action Form.

| Line Manager | Secondary Line Manager *(for written warning and above)* |
|---|---|
| Signature | Signature |
| Date: 9-5-21 | Date: 09/05/2021 |
| **Employee** | **Employee Relations** *(for written warning and above)* |
| Signature | Signature |
| Date: | Date: 09/05/2021 |

## DO

- Fill out all required information (Personnel #, Secondary line manager's info, etc.)
- Be as detailed as possible when describing the employee's action/behavior.
- ERM must sign all DAFs (except attendance) <u>before</u> it's administered to the associate.
- Once the line manager receives the signed DAF from ERM the line manager must administer the DAF to the associate within <u>10 days</u>. If not returned, DAF will be no longer be valid.
- Write legibility (PDF preferred).

## DON'T

- Wait to hold someone accountable. DAFs should be completed ideally within 48 hours of the action/behavior.
- Send incomplete DAFs.
- Send final DAF without the associate's and secondary line manager's signature.
- Leave DAFs laying around the office. These are confidential documents.





≡ **ISSUE TYPE: MISCONDUCT, UNPROFESSIONAL OR INAPPROPRIATE BEHAVIOR**

Questions and Comments

Report Details

Print My Report

Log Off

## REPORT DETAILS

**Report Submission Date**
7/27/2021

**Reported Company/Branch Information**
Location Report to HR Employment Investigations Team
City/State/Zip: Snell Ville, GA, 30039 )

**Please identify the person(s) engaged in this behavior:**
Ronnie (last name unknow) - store manager

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
Ronnie (last name unknow), store manager

**Is management aware of this problem?**
Yes

**Please provide the specific or approximate time this incident occurred:**
On July 27, 2021

**How long do you think this problem has been going on?**
Once

**How did you become aware of this violation?**
It happened to me

**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
On July 27

**Details**
On July 27, 2021, Tamara was retaliated upon, by Ronnie, for reporting a previous issue associated with him. Ronnie said that Tamara had not notified about the time she was going to be attending to her shift, but this is incorrect. Tamara did notify, by phone, the change of schedule, and Tamara has the phone registers for this to prove that she called about this. Tamara sent a screenshot, via text message, of this to Andrew Etheridge, recruiter, as proof of the conversation with Ronnie. Andrew and Kathleen (last name unknown), district manager, are both aware of the previous complaint about Ronnie.

**Follow-Up Notes**
There are no additional notes for this report.

**Follow-Up Questions/Comments**
There are no questions asked or comments from the organization.

**Chat Transcripts**
There are no chat transcripts for this incident.



Privacy Statement | Terms of Use
© NAVEX Global 2021. All rights reserved.

≡  **EP** **ETHICSPOINT**                ISSUE TYPE: MISCONDUCT, UNPROFESSIONAL OR INAPPROPRIATE BEHAVIOR

Questions and Comments              QUESTIONS AND COMMENTS

Report Details                      The organization has closed this report.

Print My Report

Log Off





ISSUE TYPE: MISCONDUCT, UNPROFESSIONAL OR INAPPROPRIATE BEHAVIOR

Questions and Comments

Report Details

Print My Report

Log Off

## REPORT DETAILS

**Report Submission Date**
8/11/2021

**Reported Company/Branch Information**
Location Report to Corporate Compliance & Ethics Team
City/State/Zip: United States of America )

**Please identify the person(s) engaged in this behavior:**
Myechia Steven - store manager

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
Myechia Steven, store manager

**Is management aware of this problem?**
Yes

**What is the general nature of this matter?**
Tamara received an unfair write-up.

**Where did this incident or violation occur?**
Store number 1170
(address withheld)

**Please provide the specific or approximate time this incident occurred:**
on August 10, 2021

**How long do you think this problem has been going on?**
Once

**How did you become aware of this violation?**
It happened to me

### Details

On August 10, 2021, Tamara sent a text message to Myechia about Tamara's schedule, as she was not sure and Tamara needed to leave at 3 PM. Tamara thought that her schedule started at 9 AM, so she arrived at the tour at 8:50 AM to find out that her time started at 7 AM.

Tamara met Myechia who asked Tamara why she arrived late. Tamara replied that she sent a message the day before requiring explanation about her schedule. Joshua (last name unknown), district manager, came to talk to Tamara as she has been a manager in training for the last five weeks. Joshua wanted to find out how the training process has been going. Tamara brought to Joshua's attention the issue she that morning in regards the confusion around the schedule and the misunderstanding of it. Tamara then proceeded to work. Joshua told Tamara that he would talk to Myechia about the incident.

Once Joshua left, Myechia called Tamara to her office in order to have a meeting. In the office, there was James (last name unknown), assistant manager. After the meeting, Tamara found out that she had been written-up. Tamara did not accept the write-up. When Tamara was given the write-up to sign, Tamara wrote down on the same paper that she did not agree with the write-up as Tamara sent a message to Myechia, asked for Tamara's schedule, and received no answer. Tamara asked for a copy of the write-up. When Myechia tried to make a copy in the employees' room, she left the write-up paper face up and displaying Tamara's details. The paper that was handed to Tamara was not in order and some part were either dark or could not be seen properly. Tamara feels that this write-up is a retaliation for a report she had previously filed against another store manager (name withheld). None of the procedures in place are being applied by Myechia, as Tamara had no a space for her defense.

### Follow-Up Notes

There are no additional notes for this report.

### Follow-Up Questions/Comments

8/13/2021 9:32 AM posted by Organization
Update from Employment Practices: Employment Practices has received a concern regarding an incident that you reported to the Employee Relations Manager. This letter is to advise you that we are currently reviewing your complaint and will be contacting you during your scheduled shifts.

Please contact me at 571-457-6920 if you have any questions. Thank you again for bringing this matter to our attention.
8/19/2021 4:32 PM posted by Organization
As we discussed, the Company takes such allegations very seriously and will not tolerate inappropriate behavior in the workplace. Employees are encouraged to bring such matters to our attention at any time, without fear of reprisal. After receiving the complaint, Lidl conducted a prompt and thorough investigation by reviewing your statement, the alleged accused, and any witnesses that were identified. Based on the Company's investigation, it was unable to substantiate that

Although privacy considerations limit our ability to share confidential information with you about other employees, I can assure you that the Company reiterated its commitment to a workplace free from discrimination and harassment throughout the investigation.
The investigation has been completed and is now closed.
Thank you again for bringing this matter to our attention.

**Chat Transcripts**
There are no chat transcripts for this incident.

**SAS70**
Type II Certified

**PRIVACY FEEDBACK**
Powered by **TRUSTe**

Privacy Statement | Terms of Use
© NAVEX Global 2021. All rights reserved.

≡  **ETHICSPOINT**          ISSUE TYPE: OTHER CONCERN

## REPORT DETAILS

**Report Submission Date**
9/7/2021

**Reported Company/Branch Information**
Location Report to Corporate Compliance & Ethics Team

**Please identify the person(s) engaged in this behavior:**
Maurice Fox - HR manager
Joshua (last name unknown) - district manager
Jarred (last name unknown) - (job title unknown)

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
Joshua (last name unknown), district manager
Maurice Fox, HR manager

**Is management aware of this problem?**
No

**What is the general nature of this matter?**
Joshua and Jarred wrongfully terminated Tamara.

**Where did this incident or violation occur?**
4844 Floyd Rd.
Mableton, GA 30126

**Please provide the specific or approximate time this incident occurred:**
on September 5, 2021

**How long do you think this problem has been going on?**
1 to 3 months

**How did you become aware of this violation?**
It happened to me

**Details**
On July 12, 2021, Tamara started working for Lidl.

On August 11, Tamara told Maurice over the phone that she had called the EEOC.

During the week of August 23, Tamara requested time off on Sundays because she is Christian and Baptist.

On August 28, Tamara reviewed her request for time off, and it seemed like Tamara's request had been deleted. Tamara had to make a second request, so she could go to church.

On September 2, Maurice pulled a female store manager in training, also known as "Q," into the office, and Maurice talked to the female store manager in training for around 10 minutes. Afterwards, Tamara asked if Maurice needed to talk to her, and Maurice questioned Tamara. Maurice asked how the training was going, and Maurice said, "Did anyone say the "B" word?" Tamara wanted to know why Maurice was asking that to her, and Maurice stated that he was just asking in general. Tamara told Maurice that as far as she knew no one had said the "B" word. Tamara told Maurice about the work environment, and that the female store manager in training does not like Tamara. However, Maurice did not talk to anyone else about any situation. After Tamara finished talking to Maurice, Tamara asked Eric Gyamfi, store manager in training, if anyone had said the "B" word. Eric stated that no one had said that word, but Maurice put his hands over his ears when Eric was answering Tamara.

On September 5, Joshua and Jarred wrongfully terminated Tamara in the office, but no one witnessed the termination. Joshua gave Tamara a final write-up, and Joshua stated that Tamara was terminated due to her behavior and performance. Joshua stated that Tamara said the "B" word, and Tamara was falsely accused of discriminatory behavior. Tamara believes that Maurice had ulterior motives when he questioned Tamara, and Tamara feels that Maurice retaliated against her. No one coached Tamara, and Maurice never told Tamara that she had allegedly said the "B" word. Maurice never addressed any of the other issues that were in the final write-up. The termination was wrongful because Tamara did not have the chance to defend herself, and Tamara did not say the "B" word. Tamara believes that Maurice wanted to get rid of her because Maurice did not talk to anyone else on September 2. Tamara received termination papers, but she did not sign anything because she did not agree with what she was being accused of. Tamara has not reported the wrongful termination to anyone in management. Tamara saw that Maurice's signature was in the write-up, and Tamara sent an email to Maurice about the wrongful termination. Tamara explained in the email that Maurice was very unprofessional, and that Maurice was dishonest. Maurice did not reply to the email.

On September 6, Maurice sent an email to Tamara about her separation letter, but Maurice did not address the termination.

**Follow-Up Notes**
There are no additional notes for this report.

**Follow-Up Questions/Comments**
There are no questions asked or comments from the organization.

**Chat Transcripts**



State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name  Tamara Nolan      2. SSN  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

    a. State any other name(s) under which employee worked. _____

3. Period of Last Employment:  From  07/12/2021     To  09/05/2021

4. REASON FOR SEPARATION:

    a. LACK OF WORK ☐

    b. If for other than lack of work, state fully and clearly the circumstances of the separation:  Dismissal

_____

_____

_____

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
    (DO NOT include vacation pay or earned wages)

_____ in the amount of $ _____ for period from _____ to _____
   (type of payment)

Date above payment(s) was/will be issued to employee _____

IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.

_____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ?  YES ✓  NO ☐  If NO, how much? $ _____

                                                    Average Weekly Wage _____

Employer's Name  **Lidl-US LLC**

Address  **3815 Senator Ralph Scott Pkwy**
               (Street or RFD)

City  Mebane    State NC    27302
                                    ZIP Code

Employer's Telephone No.  **336-791-6211**
        (Area Code)      (Number)

Ga. D. O. L. Account Number  367785-03
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_____
Signature of Official, Employee of the Employer
or authorized agent for the employer

# HR Manager

Title of Person Signing

9/1/2021

Date Completed and Released to Employee

**NOTICE TO EMPLOYER**

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

**NOTICE TO EMPLOYEE**

**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR CAREER CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/05)

 Gmail                                                    **T <teesenee84@gmail.com>**

## Termination Appeal

1 message

**Christina Hadley** <Christina.Hadley@lidl.us>                              Wed, Oct 13, 2021 at 2:19 PM
To: "TEESENEE84@GMAIL.COM" <TEESENEE84@gmail.com>

Hello Tamara,

Lidl US has implemented a Termination Appeal Procedure to provide a process for the resolution of employment concerns. This process is intended to promote and preserve productive and positive working relationships with employees of all levels of the organization. The Termination Appeal Procedure provides a process by which a terminated employee can have his or her termination from employment reviewed by a neutral party not involved in the decision-making process. All termination reasons are not eligible for review.

If interested, would you be able to provide me with the best time and number at which you can be reached to further discuss the process?

**Christina Hadley**

Employment Practices—Investigations

**Lidl US, LLC**

3500 S Clark Street, Arlington, Virginia 22202



Please consider the environment before printing this e-mail.

This e-mail, including any attachments, may include proprietary and/or confidential information of Lidl US and is intended only for the person or entity to which it is addressed. Any attachments hereto may not be reviewed, reproduced, distributed or modified without the prior written consent of Lidl US. If you are not the intended recipient of this message, please be aware that any use, review, retransmission or any other action taken in reliance of this message is prohibited. If you received this e-mail in error, please notify the sender immediately and delete the material from all computers.